IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. G-13-MJ-69 |
| | § | **(CVB Citation No. 2938443)** |
| CHARLES WALKER | § | |

**O R D E R**

Having considered the arguments of the Parties, it is **ORDERED** that the "Motion to Recuse" of Defendant, Charles Walker, is **DENIED**. See United States v. Grinnell Corp., 384 U.S. 563 1966, see also, Andrade v. Chojnacki, 338 F.3d 448 (5th Cir. 2003).

It is further **ORDERED** that Walker's demand for a jury trial is **DENIED**. See Lewis v. United States, 518, U.S. 322 (1996)

It is further **ORDERED** that this cause is **SET** for **Non-Jury Trial** on **January 23, 2014, at 10:00 a.m.**, at the United States Courthouse, 601 Rosenberg (25th Street), 7th Floor Courtroom, Galveston, Texas.

**DONE** at Galveston, Texas, this _____19th_____ day of December, 2013.

John R. Froeschner
United States Magistrate Judge