IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. G-13-MJ-69 |
| | § | (G-14-cr-5) |
| CHARLES WALKER | § | (CVB Citation No. 2938443) |

## OPINION AND ORDER

On August 13, 2015, this Court held a Hearing to determine whether the Defendant, Charles B. Walker, should be held in contempt for failing to pay the now final $225.00 judgment entered against him in this cause. Having reviewed the file and heard the arguments of Walker the Court **FINDS** that the judgment and sentence entered by this Court became final when no timely appeal was taken from the Opinion of the District Court affirming that judgment; that Walker has failed and refused to pay the $225.00 fine and processing fee imposed by that judgment; and that Walker has failed to show any cause why he should not be held in contempt.

It is, therefore, **ORDERED** that Defendant, Charles B. Walker, is hereby found to be in contempt of this Court's judgment.

It is further **ORDERED** that Defendant, Charles B. Walker, **SHALL** have until **Thursday, August 27, 2015**, to purge himself of contempt by payment of the $225.00 fine and processing fee.

Failure of Defendant, Charles B. Walker, to make full and timely payment as herein Ordered will result in the issuance of a warrant for his arrest.

**DONE** at Galveston, Texas, this ____14th____ day of August, 2015.

John R. Froeschner
United States Magistrate Judge